Chief Judge Robert S. Lasnik
Magistrate Judge Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| MOISES FLORES-ARTEAGA,<br><br>  Petitioner,<br><br>  v.<br><br>ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of Department of Homeland Security; and NEIL CLARK, Field Office Director of Immigration and Customs Enforcement;<br><br>  Respondents. | Case No. C05-01246-RSL-JPD<br><br>STIPULATION AND ORDER OF DISMISSAL FOR MOOTNESS |

This case is a Petition for Writ of Habeas Corpus to compel Immigration and Customs Enforcement ("ICE") to release Moises Flores on bond and to allow him to remain free of detention pending a final judicial decision. On July 21, 2005, the date Mr. Flores reported for removal, ICE did not detain him. The parties are in agreement that because ICE did not detain Mr. Flores, the instant lawsuit moot. Therefore,

STIPULATION AND ORDER
OF DISMISSAL FOR MOOTNESS - 1

1  IT IS HEREBY STIPULATED AND AGREED that this case be DISMISSED AS MOOT
2  without prejudice and without award of costs or attorney fees.
3
4  Dated this 10th day of August, 2005.

/s/
Robert Pauw, #13613
Signe Dortch, #29602
GIBBS HOUSTON PAUW
1000 Second Ave., Suite 1600
Seattle, WA 98104
Phone:  206-682-1080
Fax:  206-689-2270
Email:  rpauw@ghp-law.net
Email:  sigdortch@ghp-law.net
Attorneys for Plaintiffs

/s/
Kristin B. Johnson
Assistant U.S. Attorney
Western District of Washington
601 Union St., Suite 5100
Seattle, WA 98101
Email:  kristin.b.johnson@usdoj.gov

## **ORDER**

The parties having so stipulated, the above is SO ORDERED.  The Clerk is directed to send copies of this Order to all counsel of record.

Dated this 22nd day of August, 2005.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER
OF DISMISSAL FOR MOOTNESS - 2

1  Recommended for Entry
2  this 11th day of August, 2005.

3

4  /s/  JAMES P. DONOHUE
   United States Magistrate Judge

5

6

7                                              Presented by:

8                                              /s/
                                               Robert Pauw, #13613
9                                              Signe Dortch, #29602
                                               GIBBS HOUSTON PAUW
10                                             1000 Second Ave., Suite 1600
                                               Seattle, WA 98104
11                                             Phone:  206-682-1080
                                               Fax:  206-689-2270
12                                             Email:  rpauw@ghp-law.net
                                               Email:  sigdortch@ghp-law.net
13                                             Attorneys for Plaintiffs

14                                             /s/
                                               Kristin B. Johnson
15                                             Assistant U.S. Attorney
                                               Western District of Washington
16                                             601 Union St., Suite 5100
                                               Seattle, WA 98101
17                                             Email:  kristin.b.johnson@usdoj.gov

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER
OF DISMISSAL FOR MOOTNESS - 3